IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-92-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AOL INC. and AOL ADVERTISING, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT AOL ADVERTISING, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS OF WILLFUL INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant AOL Advertising, Inc. respectfully moves, for the reasons set forth in the accompanying memorandum of law, to dismiss the allegations of willful infringement for failure to state a claim.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

George F. Pappas
Peter A. Swanson
Sangjoon Han
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 662-6000

By: /s/ Richard L. Horwitz
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Erich W. Struble (#5394)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com
　　estruble@potteranderson.com

Dated: June 13, 2014
1155985/ 41363

*Attorneys for Defendant AOL Advertising, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 13, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2014, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Sara E. Bussiere
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

Scott M. Daniels
Darrin A. Auito
WESTERMAN HATTORI DANIELS &
ADRIAN
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036
sdaniels@whda.com
dauito@whda.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Erich W. Struble
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
estruble@potteranderson.com

1150836/41363