IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-92-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AOL INC. and AOL ADVERTISING, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Peter A. Swanson and Sangjoon "Simon" Han of Covington & Burling LLP,

1201 Pennsylvania Avenue, N.W., Washington, DC 20004 to represent Defendants AOL Inc.

and AOL Advertising, Inc. in this matter.

POTTER ANDERSON & CORROON LLP


By:   /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Erich W. Struble (#5394)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    estruble@potteranderson.com

Dated:  June 13, 2014
1155372/ 41363

*Attorneys for Defendant AOL Inc. and AOL
Advertising, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court.

☒     will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 12, 2014          Signed:

Peter A. Swanson
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.,
Washington, DC 20004
Tel: (202) 662-6000
pswanson@cov.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court.

☒   will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 12, 2014                Signed: _____

Sangjoon "Simon" Han
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.,
Washington, DC 20004
Tel: (202) 662-6000
shan@cov.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 13, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2014, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | Scott M. Daniels |
| Stephen B. Brauerman | Darrin A. Auito |
| Vanessa R. Tiradentes | WESTERMAN HATTORI DANIELS & |
| Sara E. Bussiere | ADRIAN |
| BAYARD, P.A. | 1250 Connecticut Avenue, NW |
| 222 Delaware Avenue, Suite 900 | Suite 700 |
| P.O. Box 25130 | Washington, D.C. 20036 |
| Wilmington, DE  19899 | sdaniels@whda.com |
| rkirk@bayardlaw.com | dauito@whda.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |

By:    /s/ David E. Moore
       Richard L. Horwitz
       David E. Moore
       Erich W. Struble
       POTTER ANDERSON & CORROON LLP
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com
       estruble@potteranderson.com

1150836/41363