## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AOL INC. and AOL ADVERTISING, INC., )<br>)<br>Defendants. ) | C.A. No. 14-92-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Priceplay.com, Inc. and AOL Inc. and AOL Advertising, Inc. ("Defendants"), subject to the approval of the Court, that Defendants' time to answer, move, or otherwise respond to the Second Amended Complaint in this action shall be extended to July 29, 2014.

Respectfully submitted,

BAYARD, P.A.   POTTER ANDERSON & CORROON LLP

By: */s/ Stephen B. Brauerman*
    Richard D. Kirk (#922)
    Stephen B. Brauerman (#4952)
    Vanessa R. Tiradentes (#5398)
    Sara E. Bussiere (#5725)
    222 Delaware Ave., Suite 900
    P. O. Box 25130
    Wilmington, DE 19899
    Tel: (302) 655-5000
    rkirk@bayardlaw.com
    sbrauerman@bayardlaw.com
    vtiradentes@bayardlaw.com
    sbussiere@bayardlaw.com

*Attorneys for Plaintiff Priceplay.com, Inc.*

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Erich W. Struble (#5349)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    estruble@potteranderson.com

*Attorneys for Defendants AOL Inc. and AOL Advertising, Inc.*

IT IS SO ORDERED this _____ day of _____, 2014.

_____
U.S.D.J.

1158922 / 41363