# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 14-92-RGA ) |
| AOL ADVERTISING, INC. | ) ) |
| Defendant. | ) ) ) |

## STIPULATION TO EXTEND TIME TO RESPOND TO
## AOL ADVERTISING, INC.'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Plaintiff PricePlay.com, Inc. ("Plaintiff") to respond to the Motion to Dismiss filed by AOL Advertising, Inc. on July 28, 2014 (D.I. 27-28) in this matter is hereby extended until September 8, 2014.

Dated: August 12, 2014

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ David E. Moore* |
| Richard D. Kirk (rk0922) | Richard L. Horwitz (No. 2246) |
| Stephen B. Brauerman (sb4952) | David E. Moore (No. 3983) |
| Vanessa R. Tiradentes (vt5398) | Hercules Plaza, 6th Floor |
| Sara E. Bussiere (sb5725) | 1313 N. Market Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 984-6000 |
| (302) 655-5000 | rhorwitz@potteranderson.com |
| rkirk@bayardlaw.com | dmoore@potteranderson.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | *Attorneys for AOL Advertising, Inc.* |
| sbussiere@bayardlaw.com | |

*Attorneys for Plaintiff Priceplay.com, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2014.

                                         _____
                                                    United States District Judge