

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
sbrauerman@bayardlaw.com

October 17, 2014

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

> Re:   *Priceplay.com, Inc. v. AOL Advertising Inc.*, C.A. No. 14-92-RGA

Dear Judge Andrews:

I write on behalf of Plaintiff Priceplay.com, Inc. ("Priceplay.com") in the above referenced matter in response to the Court's October 9, 2014 Oral Order.  Priceplay.com submits the following proposed claim constructions for terms recited in U.S. Pat. Nos. 8,050,982 ("the '982 patent") and 8,494,917 ("the '917 patent").

> "**auction**" means a process for selling a product or service that includes taking one or more bids from one or more bidders and selling to the winning bidder; an auction is not a PDA." (Claims 1-3, 7-9 and 12 of the '982 patent) (Claims 1, 4, 7, 13 and 15 of the '917 patent);

> "**competitive activity**" means one or more actions performed by a person against another person who is on the claimed network system or a person against the claimed programmed server, wherein the one or more actions is associated with the product being purchased; a competitive activity is not an auction.  (Claims 1-3 and 7-9 of the '982 patent);

> "**intermediary activity**" means one or more actions performed by a person in competition with another person who is on the claimed network system or a person in competition with the claimed programmed server, wherein the one or more actions is associated with the product being purchased; an intermediary activity is not an auction.  (Claims 1-3, 7, 10, 13, 15, and 17 of the '982 patent);

> "**associated with**" means that the competitive activity is related to the product being purchased, *e.g., the steps creating an advertisement and selecting desired audience demographics are related to advertisement space being purchased.*  (Claims 1 and 7 of the '982 patent); and



"**second price**" - a price that is different from "the price" in claims 1 or 7 of the '982 patent, the "winning price" in claim 7 of the '917 patent, or the "sale price" in claim 14 of the '917 patent and is assigned to a second buyer based on the results of the auction and the competitive activity. (Claims 3 and 9 of the '982 patent) (Claims 10, 17, and 18 of the '917 patent).

Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

Respectfully submitted,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (sb0922)

cc:     All counsel