

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302  984-6147 Direct Phone
302  658-1192 Fax

October 30, 2014

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      **Re:**    ***Priceplay.com, Inc. v. AOL Advertising, Inc.*, C.A. No. 14-92-RGA**

Dear Judge Andrews:

      Pursuant to Local Rule 7.1.2(b), we write on behalf of Defendant AOL Advertising, Inc. to bring to the Court's attention a recent decision, *Wolf v. Capstone Photography, Inc.*, No. 2:13-cv-9573 (C.D. Cal. Oct. 28, 2014) (attached hereto as Ex. A), that is pertinent to AOL Advertising's pending motion to dismiss (D.I. 27).  In *Wolf*, the court granted a Rule 12 motion on the ground that the asserted patents claimed unpatentable abstract ideas.  *Wolf*, slip op. at 1. The court rejected the plaintiff's arguments that (a) the alleged novelty of the claims rendered them patentable, *id.* at 18-19; (b) various narrowing limitations supplied an inventive concept, *id.* at 20-21, 22-23, 25; and (c) the use of a computer was inventive because it made the claimed process more efficient or desirable, *id.* at 23, 24-25.

      Counsel are available at the Court's convenience if Your Honor has any questions.

          Respectfully,

          */s/ David E. Moore*

          David E. Moore

DEM/msb/1170566/41363

Enclosure
cc:     Clerk of the Court (via hand delivery)
         Counsel of Record (by electronic mail)