

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801  

Writer's Direct Access:  
(302) 429-4232  
sbrauerman@bayardlaw.com  

November 14, 2014

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews  
United States District Court for the District of Delaware  
J. Caleb Boggs Federal Building  
844 North King Street  
Wilmington, Delaware 19801  

    Re:   *Priceplay.com, Inc. v. AOL Advertising Inc.*, C.A. No. 14-92-RGA

Dear Judge Andrews:

    I write on behalf of Plaintiff Priceplay.com, Inc. ("Priceplay.com") in the above referenced matter to advise the Court of the recently issued decision from the Central District of California in *Ameranth Inc. v. Genesis Gaming Solutions, Inc., et al.* C.A. No. 8-11-cv-189 (C.D. Cal. Nov. 12, 2014), as subsequent authority in support of Priceplay.com's opposition to AOL Advertising Inc.'s Motion under 35 U.S.C. § 101. A copy of this decision is attached hereto as Exhibit A. Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

                         Respectfully submitted,

                         */s/ Stephen B. Brauerman*

                         Stephen B. Brauerman (sb0922)

cc:    All counsel