IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRICEPLAY.COM, INC.,

    Plaintiff;

v.

AOL ADVERTISING, INC.,

    Defendant.

Civil Action No. 14-92-RGA

ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, AOL's Motion to Dismiss for failure to state a claim (D.I. 27) is **GRANTED** with respect to all of the claims in the '982 and '917 patents.

Entered this 18th day of March, 2015.

/s/ Richard G. Andrews
United States District Judge