**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PRICEPLAY.COM, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-92-RGA |
| | ) | |
| AOL ADVERTISING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Priceplay.com, Inc. ("Priceplay"), Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from and all opinions, orders and rulings decided adversely to Priceplay concerning the Court's decision on Defendant AOL Advertising, Inc.'s Motion to Dismiss (D.I. 49), and from all underlying decisions, orders and rulings intertwined with or that produced the Court's memorandum opinion and order.

March 25, 2015

OF COUNSEL:

Scott M. Daniels
Darrin A. Auito
WESTERMAN HATTORI DANIELS &
ADRIAN
1250 Connecticut Avenue, NW, Suite 700
Washington, D.C. 20036
(202) 822-1100
sdaniels@whda.com
dauito@whda.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff PricePlay.Com, Inc.*